COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     William Johnson v. State of Texas, Texas Department of
Criminal Justice, et al.

Appellate case number:    01-18-00068-CV

Trial court case number:   D-1-GN-16-002392

Trial court:              126th District Court of Travis County

Appellant, William Johnson, has filed a motion for leave to file only "the original" of his appellant's brief and submitted his brief with the motion.[1]  Appellant's brief was filed in this appeal on February 9, 2018.  Accordingly, we **dismiss as moot** appellant's motion for leave.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually

Date: February 22, 2018

---

[1]    The Supreme Court of Texas, pursuant to its docket equalization authority, transferred the appeal from the Third Court of Appeals to this Court. *See* Misc. Docket No. 18–9010 (Tex. Jan. 12, 2018); *see also* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2013) (authorizing transfer of case from one court of appeals to another).